## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JAMES SALAZAR and DAWN SALAZAR, )
)
   Plaintiffs, )
)
v. ) No. 4:14CV1974 RLW
)
LANDIS+GYR TECHNOLOGY, INC., )
formerly doing business as CELLNET )
TECHNOLOGY, INC., and HENKELS & )
McCOY, INC., )
)
   Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Henkels & McCoy, Inc.'s ("Henkels")

Motion to Strike Defendant Landis+Gyr Technology, Inc.'s ("Landis+Gyr") Amended Cross

Claim against Co-Defendant Henkels & McCoy, Inc. (ECF No. 40). Henkels argues that

Landis+Gyr's Amended Cross Claim, filed on June 15, 2015, violates the Federal Rules of Civil

Procedure because the amended claim is untimely, and Landis+Gyr did not request leave of court

to file or obtain prior consent from Henkels. *See* Fed. R. Civ. P. 15(a). On January 28, 2015,

this Court issued a Case Management Order pursuant to an agreed-upon Joint Proposed

Scheduling Order and Discovery Plan. (ECF No. 15) The CMO provides that "[a]ll motions for

joinder of additional parties or amendment of pleadings shall be filed no later than **June 15,**

**2015**." (Case Management Order, ECF No. 19)

In response to Henkels' Motion to Strike, Landis+Gyr states that its Amended Cross

Claim complies with the June 15, 2015 deadline set forth in the CMO. The Court agrees and

finds that Landis+Gyr's Amended Cross Claim was timely filed in accordance with the CMO.

Therefore, the Court will deny Henkels' Motion to Strike.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Henkels & McCoy, Inc.'s Motion to Strike

Defendant Landis+Gyr Technology, Inc.'s Amended Cross Claim against Co-Defendant Henkels

& McCoy, Inc. (ECF No. 40) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Henkels & McCoy, Inc.'s Motion to

Dismiss Landis+Gyr Technology, Inc.'s Cross Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF

No. 22) is **DENIED** as **MOOT.**

Dated this 24th day of June, 2015.

                                  Ronnie L. White

                                   **RONNIE L. WHITE**
                                   **UNITED STATES DISTRICT JUDGE**